IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RITESH AHUJA | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Case No. RWT-05-3423 |
| | : | |
| ERICSSON, INC., | : | |
| ERICSSON STANDARD | : | |
| SEVERANCE PAY PLAN | : | |
| and ERICSSON TOP CONTRIBUTOR | : | |
| ENHANCED  SEVERANCE PAY | : | |
| PLAN OF 2004 | : | |
| | : | |
| Defendants | : | |

## NOTICE OF APPEAL

Notice is hereby given that Ritesh Ahuja, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting Defendant's Motion for Summary Judgment entered in this action on the 5th day of February, 2007.

        Respectfully submitted,

        SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
        Marc J. Smith
        Bar. No. 14355
        11 North Washington Street
        Suite 520
        Rockville, Maryland  20850
        Phone: (301) 838-8950

        Attorneys for Plaintiff

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950