## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **RITESH AHUJA,** | * |
| Plaintiff | * |
| v. | * Case No.: 05cv3423 RWT |
| **ERICSSON, INC. et al.,** | * |
| Defendants | * |

## **ORDER**

Upon consideration of Plaintiff's Supplemental Memorandum Regarding the Amount of Judgment Under the Enhanced Plan and in Support of Award of Attorney's Fees [Paper No. 50], the response and reply thereto, and the arguments and representations of counsel presented at the hearing conducted before the undersigned today, for the reasons stated on the record, it is this 26th day of November, 2008, by the United States District Court for the District of Maryland,

**ORDERED** that **JUDGMENT IS ENTERED** in favor of Plaintiff Ritesh Ahuja against Defendants Ericsson, Inc. et. al. under the Enhanced Plan in the amount of $74,563.58, plus pre-judgment interest at a rate of 6% in the amount of $14,539.90; and it is further

**ORDERED** that Plaintiff's request for attorneys' fees and costs is **DENIED;** and it is further

**ORDERED** that Defendants' satisfaction of the judgment shall be subject to ordinary withholdings in accordance with state and federal laws and the terms of the Enhanced Plan; and it is further

**ORDERED** that Defendants' satisfaction of the judgment is subject to Plaintiff's execution of the standard release form used for all Enhanced Plan benefits recipients as a condition precedent to payment; and it is further

**ORDERED** that the Clerk of the Court **CLOSE** the case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE